| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler<br>Edward A. Corma<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>and<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>jcarr@kelleydrye.com<br>dkane@kelleydrye.com<br><br>*Counsel for the Careismatic GUC Trust* | |
| In re:<br><br>CAREISMATIC GROUP INC.<br><br>Post-Effective Date Debtor.[1] | Chapter 11<br><br>Case No. 24-10569 (VFP)<br><br>**Hearing Date: September 23, 2025 at 10:00 a.m. (ET)** |

# ADJOURNMENT REQUEST

1.  I, James S. Carr,

    ☒  am the attorney for:  Careismatic GUC Trust,

    ☐  am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Hearing on Careismatic GUC Trust's Second Omnibus Objection to Certain Claims [Docket No. 229], filed July 25, 2025 (the "Second Omnibus Objection", **solely as to the claims of Ball Up, LLC (Claim Nos. 183, 208 and 209**) (the "Adjourned Claims").

---

[1] An Order [Case No. 24-10561, Docket No. 894] has been entered in Case No. 24-10561 (the "Lead Case") granting a final decree and closing the Lead Case and each Affiliated Case (as defined in the Order), other than the Remaining Case (defined below), and further directing that all further reporting concerning the administration of the assets and liabilities in the Lead Case will occur only in the Remaining Case of Careismatic Group Inc., Case No. 24-10569 (the "Remaining Case"). The docket in Case No. 24-10569 should be consulted for all matters affecting this case.

4919-5609-2511v.2

Current hearing date and time: September 23, 2025 at 10:00 a.m.

New date requested: November 25, 2025 at 10:00 a.m.

Reason for adjournment request: <u>The Careismatic GUC Trust is in discussions with respective counsel to the claimants that hold the Adjourned Claims, and the parties need time to work through the issues toward a potential consensual resolution.</u>

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>September 18, 2025</u>        Signature <u>/s/ *James S. Carr*</u>

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing    <u>11/25/2025 at 10am</u>

☐ Granted over    New hearing

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

4919-5609-2511v.2